AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MIGUEL A. POTOLICCHIO, Individually and TUNERS MALL CORP., a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>THE CRYO BOYS, LLC, a Florida Limited Liability Company and ALBERT GARCIA<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  23-CV-60754-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALBERT GARCIA
835 NW 33RD AVENUE
MIAMI, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J Cohen, Esq.
Cohen Legal Group, PA
1792 Bell Tower Lane
Weston, Florida 33326
(954) 617.6500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

Date:  04/24/2023

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MIGUEL A. POTOLICCHIO, Individually and TUNERS MALL CORP., a Florida Corporation<br><br>*Plaintiff(s)*<br>v.<br>THE CRYO BOYS, LLC, a Florida Limited Liability Company and ALBERT GARCIA<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 23-CV-60754-AHS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE CRYO BOYS, LLC
835 NW 33RD AVENUE
MIAMI, FL 33125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael J Cohen, Esq.
Cohen Legal Group, PA
1792 Bell Tower Lane
Weston, Florida 33326
(954) 617.6500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 04/24/2023



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ J. Adams*

Deputy Clerk
U.S. District Courts